**B. L. TATE v. STATE.**
I Div. 172.

Court of Appeals of Alabama.
May 8, 1934.

· BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

**Charley TAYLOR v. STATE.**
8 Div. 253.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

**I. Clarence TAYLOR v. STATE.**
8 Div. 143.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.

**Richard TAYLOR v. STATE.**
2 Div. 544.

Court of Appeals of Alabama.
Nov. 6, 1934.

SAMFORD, Judge.
Affirmed.

**Harrison TERRY v. STATE.**
8 Div. 104.

Court of Appeals of Alabama.
Feb. 26, 1935.

SAMFORD, Judge.
Affirmed.

**Marvin TERRY v. STATE.**
8 Div. 881.

Court of Appeals of Alabama.
Jan. 30, 1934.

BRICKEN, Presiding Judge.
Affirmed.

**Marvin TERRY v. STATE.**
8 Div. 263.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Appeal dismissed by appellant.

**Marvin TERRY v. STATE.**
8 Div. 880.

Court of Appeals of Alabama.
Feb. 13, 1934.

RICE, Judge.
Affirmed.